# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**CR20  0070  JD**

UNITED STATES OF AMERICA,

V.

HITOSHI HASHIMOTO and HIROYUKI TAMURA

DEFENDANT(S).

## INDICTMENT

A true bill.

_____
Foreman

Filed in open court this __13__ day of FEBRUARY 2020

_____
KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ _no bail arrest warrant_

CR20  0070
JD

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** ||
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>**SAN FRANCISCO DIVISION**<br>FILED FEB 13 2020<br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>15 U.S.C. § 1 - Sherman Antitrust Act, Price Fixing<br>☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony<br>PENALTY: Maximum 10 years imprisonment; Fine of up to $1 million or twice the gross pecuniary gain or loss; Supervised release up to three years; $100 special assessment | DEFENDANT - U.S<br>▶ HITOSHI HASHIMOTO<br>DISTRICT COURT NUMBER<br>**CR20  0070 JD** |

| **PROCEEDING** | **DEFENDANT** |
|---|---|
| Name of Complaintant Agency, or Person (& Title, if any)<br>U.S. Postal Service, Office of Inspector General<br>☐ person is awaiting trial in another Federal or State Court, give name of court<br>_____<br>☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District<br>_____<br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY  ☐ DEFENSE<br>} SHOW DOCKET NO. _____<br>☐ this prosecution relates to a pending case involving this same defendant<br>} MAGISTRATE CASE NO. _____<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under<br>Name and Office of Person Furnishing Information on this form  Christina Brown, DOJ Antitrust<br>☐ U.S. Attorney  ☒ Other U.S. Agency<br>Name of Assistant U.S. Attorney (if assigned)  Christina Brown (DOJ Antitrust) | **IS NOT IN CUSTODY**<br>1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District) _____<br>**IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges<br>} ☐ Federal  ☐ State<br>If answer to (6) is "Yes", show name of institution _____<br>Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____<br>DATE OF ARREST ▶  Month/Day/Year _____<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____<br>☐ This report amends AO 257 previously submitted |

| **ADDITIONAL INFORMATION OR COMMENTS** ||
|---|---|
| PROCESS:<br>☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT<br>If Summons, complete following:<br>☐ Arraignment  ☐ Initial Appearance<br>Defendant Address:<br>_____<br>Comments: | Bail Amount: _____<br>* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br>Date/Time: _____  Before Judge: _____ |

FEB 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CR20 0070 JD

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** ||
|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>**SAN FRANCISCO DIVISION** |

**OFFENSE CHARGED**

15 U.S.C. § 1 - Sherman Antitrust Act, Price Fixing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 10 years imprisonment; Fine of up to $1 million or twice the gross pecuniary gain or loss; Supervised release up to three years; $100 special assessment

**DEFENDANT - U.S**

► HIROYUKI TAMURA

DISTRICT COURT NUMBER

**CR20   0070 JD**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

U.S. Postal Service, Office of Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Christina Brown, DOJ Antitrust

☐ U.S. Attorney ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Christina Brown (DOJ Antitrust)

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

CR20 0070 JD

1  CHRISTINA J. BROWN (CSBN 242130)
2  MICHAEL T. KOENIG (WiSBN 1053523)
   U.S. Department of Justice
3  Antitrust Division
   450 5th Street NW, Suite 11-300
4  Washington, DC 20001
5  Telephone: (202) 598-4000
   christina.brown@usdoj.gov
6  michael.koenig@usdoj.gov

7  Attorneys for the United States

**FILED**

FEB 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. **CR20 0070** JD |
| v. | VIOLATION: 15 U.S.C. § 1 |
| HITOSHI HASHIMOTO and HIROYUKI TAMURA, | Price Fixing |
| Defendants. | |

### INDICTMENT

The Grand Jury charges that:

### INTRODUCTION

At all times relevant to this Indictment, unless otherwise indicated:

1.  Suspension assemblies are components of hard disk drives, which are used to store information electronically and may be incorporated into computers or sold as stand-alone electronic storage devices. Hard disk drives use magnetic recording heads to read from and write onto rapidly spinning disks. Suspension assemblies hold the recording heads in close

1

INDICTMENT

FEB 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CR20   0070

JD

proximity to the disks and provide the electrical connection from the recording heads to the hard disk drives' circuitry.

2. NHK Spring Co., Ltd. ("NHK Spring") is a corporation organized and existing under the laws of Japan, with its principal place of business in Yokohama, Japan. NHK Spring is a producer of suspension assemblies used in hard disk drives ("HDD suspension assemblies") and is engaged in the sale of HDD suspension assemblies in the United States and elsewhere.

3. Defendant HITOSHI HASHIMOTO is an employee of NHK Spring and was involved in the sale and pricing of its HDD suspension assemblies. HASHIMOTO was the general manager of NHK Spring's disk drive suspension and component sales department from approximately April 2013 through April 2016.

4. Defendant HIROYUKI TAMURA is an employee of NHK Spring and was involved in the sale and pricing of its HDD suspension assemblies. TAMURA was the general manager of NHK Spring's disk drive suspension and component sales department from approximately 2007 through April 2013.

## DESCRIPTION OF THE OFFENSE

5. The following individuals are hereby indicted and made defendants on the charge contained in this Indictment:

    a. HITOSHI HASHIMOTO

    b. HIROYUKI TAMURA

6. From at least as early as May 2008 and continuing until at least April 2016, the exact dates being unknown to the Grand Jury, in the Northern District of California and elsewhere, the defendants and their co-conspirators knowingly entered into and engaged in a combination and conspiracy to suppress and eliminate competition by agreeing to stabilize, maintain, and fix prices for HDD suspension assemblies sold in the United States and elsewhere. The combination and conspiracy engaged in by the defendants and their co-conspirators was a per se unlawful, and thus unreasonable, restraint of trade and commerce

among the states and with foreign nations in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1.

7. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among defendants and their co-conspirators, the substantial terms of which were to refrain from competing on prices for and to stabilize, maintain, and fix the prices of HDD suspension assemblies to be sold in the United States and elsewhere.

## MEANS AND METHODS OF THE CONSPIRACY

8. For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and their co-conspirators did those things that they combined and conspired to do, including, among other things:

 a. attended meetings and engaged in other communications concerning their sales of, pricing of, and market shares for HDD suspension assemblies to be sold in the United States and elsewhere;

 b. agreed during those meetings and communications to refrain from competing on prices for and stabilize, maintain, and fix the prices of HDD suspension assemblies to be sold in the United States and elsewhere;

 c. agreed during those meetings and communications to allocate their respective market shares for HDD suspension assemblies to be sold in the United States or elsewhere;

 d. discussed and exchanged HDD suspension assemblies pricing information, including anticipated pricing quotes, in the United States and elsewhere;

 e. communicated with sales employees in the United States and elsewhere and directed those employees to exchange HDD suspension assemblies pricing information, including anticipated pricing quotes, in the United States and elsewhere;

  f. relied on their agreements not to compete and used the exchanged pricing information to inform their negotiations with U.S. and foreign customers that purchased HDD suspension assemblies and produced hard disk drives for sale in, or delivery to, the United States and elsewhere;

  g. sold HDD suspension assemblies in, or for delivery to, the United States and elsewhere at collusive and noncompetitive prices; and

  h. accepted payment for HDD suspension assemblies sold in, or for delivery to, the United States and elsewhere at collusive and noncompetitive prices.

### TRADE AND COMMERCE

9. During the period covered by this Indictment, the business activities of the defendants and their co-conspirators that are the subject of this Indictment and the charged conspiracy occurred with the flow of, and substantially affected, interstate and U.S. import trade and commerce. During the period covered by this Indictment, the defendants and their co-conspirators manufactured and sold HDD suspension assemblies in a continuous and uninterrupted flow of interstate and U.S. import trade and commerce.

10. During the period covered by this Indictment, the defendants and their co-conspirators manufactured HDD suspension assemblies outside the United States and sold them in, or for delivery to, the United States. The charged combination and conspiracy involved interstate commerce and U.S. import trade and commerce in HDD suspension assemblies.

11. During the period covered by this Indictment, the defendants and their co-conspirators also sold foreign-manufactured HDD suspension assemblies outside the United States for incorporation into products—namely, hard disk drives—that were sold in, or for delivery to, the United States. During the period covered by this Indictment, the charged conspiracy had a direct, substantial, and reasonably foreseeable effect on interstate and U.S. import trade and commerce, including in HDD suspension assemblies and certain hard disk

INDICTMENT

drives incorporating affected HDD suspension assemblies, and that effect, in part, gives rise to this charge.

All in violation of Title 15, United States Code, Section 1.

Dated: 13 FEBRUARY 2020

A TRUE BILL

_____
FOREPERSON

_____
MAKAN DELRAHIM
Assistant Attorney General

_____
BERNARD A. NIGRO JR.
Principal Deputy Assistant Attorney General

_____
RICHARD A. POWERS
Deputy Assistant Attorney General

_____
MARVIN N. PRICE, JR.
Director of Criminal Enforcement

Antitrust Division
U.S. Department of Justice

_____
DAVID L. ANDERSON
United States Attorney
Northern District of California

_____
JAMES J. FREDRICKS
Chief, Washington Criminal II

_____
CHRISTINA J. BROWN
MICHAEL T. KOENIG
Trial Attorneys, Washington Criminal II

Antitrust Division
U.S. Department of Justice
450 5th Street NW, Suite 11-300
Washington, DC 20001
Tel: 202-598-4000

5

INDICTMENT